No. 79–1061.   MAEHREN ET AL. *v.* CITY OF SEATTLE ET AL. Sup. Ct. Wash.   Certiorari denied.

No. 79–1080.   DETROIT POLICE OFFICERS' ASSN. ET AL. *v.* YOUNG, MAYOR OF DETROIT, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80–29.   CITY OF ST. LOUIS, MISSOURI, ET AL. *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 80–1010.   CURREY ET AL., DBA CURREY & CURREY *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL.   Sup. Ct. Okla.   Certiorari denied.

No. 80–1518.   DAVIS *v.* MAINE ENDWELL CENTRAL SCHOOL DISTRICT ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–1541.   EAST CARROLL PARISH POLICE JURY ET AL. *v.* MARSHALL.   C. A. 5th Cir.   Certiorari denied.

No. 80–1609.   PROLERIZED NEW ENGLAND CO. ET AL. *v.* BENEFITS REVIEW BOARD, UNITED STATES DEPARTMENT OF LABOR, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 80–1615.   BENDETTI ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 80–1616.   TAKIZAWA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–1619.   WHITE *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.